**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| DOUGLAS A. WAIN and ELISA WAIN,<br><br>PLAINTIFFS<br><br>v.<br><br>CENTRAL BANK & TRUST CO., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC<br><br>DEFENDANTS. | CIVIL ACTION NO. 5:23-cv-00139-REW |

# JOINT STATUS REPORT

In accord with the directives in the Court's Order entered on February 6, 2025 (DN 45), Defendant Central Bank & Trust Co., by counsel ("Central Bank") submits this Joint Status Report incorporating the input provided by Plaintiff Douglas A. Wain via email on October 25, 2026.

Plaintiffs Douglas A. Wain and Elisa Wain ("Wains"), pro se, are debtors in the Chapter 13 Bankruptcy Case No. 1:24-bk-11814-MB, filed on October 30, 2024, in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, (Hon. Martin R. Barash) (the "Bankruptcy Case").

**Current Status of the Bankruptcy Case:**

- Central Bank is the sole creditor in the bankruptcy case, holding an unsecured claim.
- Central Bank filed its proof of claim (Claim No. 1, $357,990.91) on December 20, 2024. It filed an amended claim (Claim No. 1-2) on September 18, 2026, in the same amount. At

the September 24, 2026 hearing, the court directed Central Bank to file a further amended claim by October 30, 2026.

- Plaintiffs filed a formal objection to Central Bank's Claim No. 1 on April 27, 2025. Because of that objection, the claim is no longer deemed allowed under 11 U.S.C. § 502(a). The Bankruptcy Court has not ruled on Plaintiffs' objection.
- There is no confirmed Chapter 13 plan. The next confirmation hearing is set for December 3, 2026, at 9:30 a.m.
- The Chapter 13 Trustee has made no distribution to any creditor.

**Pending Matters in the Bankruptcy Case (all set for November 19, 2026, at 2:30 p.m.):**

- Plaintiffs' Objection to Claim No. 1 under Fed. R. Bankr. P. 3007 (Doc. 38).
- Plaintiffs' Objection to Payment of Claim No. 1 Under the Chapter 13 Plan; Request That Claim No. 1 Be Treated as Disputed Under Any Plan (Doc. 105, filed October 6, 2026).
- In Adversary Proceeding No. 1:25-ap-01026-MB:
    - Plaintiffs' Motion for Orders Compelling Depositions (Adv. Doc. 47)
    - Central Bank's Motion for Judgment on the Pleadings (Adv. Doc. 48)
    - Plaintiffs' Motion to Compel Further Responses to Written Discovery (Adv. Doc. 80)
    - Central Bank's Motions to Quash the Timothy R. Wiseman deposition and the Luther Deaton Jr. subpoena (Adv. Docs. 58, 76)
    - Status conference on the Complaint (Adv. Doc. 1)

**Additional Proceedings Involving the Parties:**

1. Kentucky Court of Appeals Case No. 2024-CA-0400-MR: Plaintiffs filed a motion to continue the abatement on October 10, 2026, under the Court's June 23, 2026 Order.
2. Kentucky Court of Appeals Case No. 2024-CA-1090-OA (Original Action / Mandamus): Plaintiffs filed a motion to continue the abatement on October 10, 2026, under the Court's June 23, 2026 Order.
3. Kentucky Court of Appeals Case No. 2025-CA-0252-MR (appeal of summary judgment dismissing counterclaims against Central Bank; Central Bank is sole appellee): Plaintiffs filed a motion to continue the abatement on October 10, 2026, under the Court's June 23, 2026 Order.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Timothy R. Wiseman*

Timothy R. Wiseman (Ky. Bar No. 95072)
STOLL KEENON OGDEN PLLC
300 West Vine Street - Suite 2100
Lexington, KY 40507-1801
tim.wiseman@skofirm.com
Phone: (859) 231-3000
Fax: (859) 246-3673

*Counsel for Defendant,*
*Central Bank & Trust Co.*

*/s/ Douglas A. Wain (with permission)*

Douglas A. Wain
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on October 28, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties. Central Bank also has sent a copy to Plaintiffs via electronic mail, douglaswain@gmail.com, per their request.

*/s/ Timothy R. Wiseman*

*Counsel for Defendant,*
*Central Bank & Trust Co.*

***4934-6688-5826.1***